UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RAYNARD L. BRADFORD** | **CIVIL ACTION NO. 16-00131** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **OAK GROVE, ET AL.** | **MAGISTRATE JUDGE HAYES** |

**MEMORANDUM RULING**

*Pro se* plaintiff Raynard L. Bradford, proceeding *in forma pauperis*, filed the instant civil rights Complaint pursuant to 42 U.S.C. § 1983 on January 27, 2016. When he filed his Complaint, Plaintiff was confined at the Morehouse Parish Detention Center serving a three (3) year sentence. He claims that he was the victim of excessive force on the part of the officer who arrested him on June 21, 2015. His Original Complaint names as Defendants the Oak Grove Sheriff's Department, Sheriff Jerry Filly, and Officer Michael Boyet.

However, in his Amended Complaint, filed on March 30, 2016, Plaintiff states that his "complaint against Oak Grove Sheriff Depart. which shall be dismissed the Oak Grove Sheriff Dept. as the Defendant" and "instead the complaint addressed to 'Officer Michael Boyet' is the only accused complaint." [Doc. No. 8.] Further, he later states that the "name of the person is Office Michael Boyet, Oak Grove Police Officer, and not the 'Sheriff Jerry Fully.'" *Id.* The Court construes these statements contained in his Amended Complaint as a motion to dismiss these Defendants.

Accordingly, the Court will issue a Judgment of Dismissal dismissing Plaintiff's claims against the Oak Grove Sheriff's Department and Sheriff Jerry Filly.

MONROE, LOUISIANA, this 9th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE